# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE KNOXVILLE DIVISION

| | |
|---|---|
| JOHNNY LANE III, | ) |
| | ) No. _____ |
| Plaintiff, | ) |
| v. | ) Judge _____ |
| | ) |
| JILLIAN RAY and STEVENS TRANSPORT, INC., | ) Magistrate Judge _____ |
| | ) |
| | ) Jury Demand |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 1441, and 1446, Defendant, Stevens Transport, Inc. ("Defendant"), by counsel, files this Notice of Removal of this action from the Circuit Court in Blount County, Tennessee, where it is now pending, to the United States District Court for the Eastern District of Tennessee, based upon diversity of citizenship and an amount in controversy exceeding $75,000.00. The grounds for removal are as follows.

**Procedural Background**

1. This action was commenced on or about May 25, 2023, by Plaintiff's filing of the Complaint in the Blount County Circuit Court in Maryville, Tennessee, Case No. 2023-072-000126 (the "Complaint"). True and accurate copies of the pleadings served upon the Defendant in this action are attached as Exhibit A.

2. The Complaint was served on Defendant Stevens Transport, Inc., on August 22, 2023, by personal service. Jillian Ray has not been served but consents to this removal. The Notice of Removal is being filed within thirty (30) days after service of the Complaint in the matter; therefore, the removal is timely in accordance with 28 U.S.C. § 1446.

3. The Complaint contains allegations of negligence and negligence per se (Complaint, pp. 2-3). The Complaint seeks compensatory damages in excess of $25,000.00 from Defendant. (Id. at pp. 6). In conversations with opposing counsel, it is clear that Plaintiff is seeking greater than $75,000.00 in damages.

4. The Plaintiff is a citizen and resident of Union County, Tennessee. (Id., at ¶ 1)

5. Defendant Stevens Transport, Inc., is a corporation organized under the laws of the State of Texas, with its principal place of business in Dallas, Texas. Defendant Jillian Ray is a citizen of Houston, Texas.

6. The United States District Court for the Eastern District of Tennessee has original jurisdiction over this action pursuant to 28 U.S.C. § 1332 as there is complete diversity of the real parties, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

7. A copy of this Notice of Removal is being served by United States Mail on counsel for Plaintiff, and a Notice of Filing of Notice of Removal is being filed with the Blount County Circuit Court in Maryville, Tennessee, in accordance with 28 U.S.C. § 1446(d). (Copies of those notices are attached as Exhibit B.) The necessary filing fees have been paid simultaneously with the filing of the Notice of Removal.

8. Defendants also demand a jury to try this case.

WHEREFORE, Defendant, Stevens Transport, Inc., prays this Court consider the Notice of Removal as provided by law governing removal of cases to this Court and that this Court enter the appropriate orders to effect the removal of this case from the Blount County Circuit Court to this Court.

Respectfully submitted,

LEWIS THOMASON, P.C.

By: */s/ John R. Tarpley*
  John R. Tarpley, BPR # 9661
  424 Church Street, Suite 2500
  P.O. Box 198615
  Nashville, TN  37219
  (615) 259-1366

  *Attorney for Stevens Transport, Inc.*

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing Notice of Removal was filed electronically. Notice of this filing will be served on the following counsel of record via the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served via regular U.S. mail and/or email.

  Kenneth F. Major
  Morgan and Morgan- Nashville
  810 Broadway, Ste. 105
  Nashville, TN 37203
  kmajor@forthepeople.com

  *Attorney for Plaintiff*

This the 20th day of September, 2023.

        /s/ *John R. Tarpley*
        John R. Tarpley